■ In the Matter of MICHAEL MONAHAN, Appellant, v WILLIAM BRATTON, as Commissioner of New York City Police Department, et al., Respondents. [650 NYS2d 545] —Judgment, Supreme Court, New York County (Harold Tompkins, J.), entered October 4, 1995, which denied petitioner's application pursuant to CPLR article 78 to annul respondent's determination denying him an accident disability retirement pension, unanimously affirmed, without costs.

Respondent's determination that petitioner is not disabled is supported by sufficient medical evidence, including the MRI and EMG reports on which petitioner relies, which, while indicating a herniated disc, do not indicate any atrophy or distress that would disable petitioner from performing his police duties (*see, Matter of D'Angelo v Ward*, 159 AD2d 425, 426). Concur—Rosenberger, J. P., Rubin, Ross, Tom and Andrias, JJ.

■ FRANK GIAMBONA, Appellant, v SAMUEL STEIN, Respondent. [650 NYS2d 539] —Order, Supreme Court, New York County (Beverly Cohen, J.), entered December 8, 1995, which, in an action for medical malpractice, granted defendant doctor's motion for a change of venue from New York County to Ulster County, unanimously affirmed, with costs.

The action should be transferred to Ulster County where plaintiff received most of his medical treatment and most of the nonparty witnesses work or reside (CPLR 510 [3]). Concur—Rosenberger, J. P., Rubin, Ross, Tom and Andrias, JJ.